Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.

B21 (Official Form 21) (12/12)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

*FILED*
*UNITED STATES BANKRUPTCY COURT*
*NORTHERN DISTRICT OF ILLINOIS*
*JUN 16 2015*
*JEFFREY P. ALLSTEADT, CLERK*
*PS REP. - MBM*

In re **Pedro Desormaux**,
[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years]

Debtor
Address **67 North Ave**
**Aurora, IL**

Case No. _____

Chapter **13**

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any):
**6731**

Employer Tax-Identification (EIN) No(s).(if any):
_____

## STATEMENT OF SOCIAL-SECURITY NUMBER(S)
*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))*

1. Name of Debtor (Last, First, Middle): **Pedro Desormaux**
*(Check the appropriate box and, if applicable, provide the required information.)*

   ☑ Debtor has a Social-Security Number and it is: **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**
      *(If more than one, state all.)*
   ☐ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: _____
      *(If more than one, state all.)*
   ☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): _____
*(Check the appropriate box and, if applicable, provide the required information.)*

   ☐ Joint Debtor has a Social-Security Number and it is: _____
      *(If more than one, state all.)*
   ☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN) and it is: _____
      *(If more than one, state all.)*
   ☐ Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X _[signature]_ Signature of Debtor    **06-15-15** Date

X _____ Signature of Joint Debtor    _____ Date

---

*<u>Joint debtors must provide information for both spouses</u>.*
*Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.*